To whom this may Concern I am writing this letter regarding my "writ of Mandamus" I filed under Tr. Ct. NO. 24827-A. Any Consideration in this matter is greatly appreciated.

82,724.02

James Bell #877694
Michaels unit
2664 FM 2054
Tennessee Colony TX
75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 15 2015

Abel Acosta, Clerk